[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 17-14656
Non-Argument Calendar

_____

D.C. Docket No. 5:08-cr-00023-RH-EMT-1


UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

LATAVIUS SHUWON JOHNSON,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Northern District of Florida

_____

(May 31, 2018)

Before MARTIN, JILL PRYOR and NEWSOM, Circuit Judges.

PER CURIAM:

Richard Summa, appointed counsel for Latavius Johnson in this direct

criminal appeal of the revocation of Johnson's supervised release, has moved to

withdraw from further representation of the appellant and filed a brief pursuant to

*Anders v. California*, 386 U.S. 738 (1967).  Our independent review of the entire

record reveals that counsel's assessment of the relative merit of the appeal is

correct.  Because independent examination of the entire record reveals no arguable

issues of merit, counsel's motion to withdraw is **GRANTED**, and Johnson's

revocation and sentence are **AFFIRMED**.